In the Matter of the Rehabilitation of NEW YORK TITLE AND MORTGAGE COMPANY.

LOUIS H. PINK, Superintendent of Insurance, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

(Argued October 1, 1936; decided October 20, 1938.)

*Irving H. Jurow, Jess H. Rosenberg* and *William A. Shea* for appellant.

*John J. Clarke, Maurice Finkelstein, Morris Amchanitzky* and *Benjamin J. Rabin* for Mortgage Commission of State of New York, respondent.

*Leonard Klaber* and *George M. Jaffin* for Jessie B. Conger et al., as trustees, etc., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.